**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-27,

    Defendants.

## ORDER OF DISMISSAL AS TO JOHN DOE 11 ONLY

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 11 Only** [#20][1] filed April 17, 2012. After reviewing the notice and the file, I conclude that the notice should be approved and plaintiff's claims against defendant John Doe 11 should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 11 Only** [#20] filed April 17, 2012, is **APPROVED**;

2. That plaintiff's claims against defendant John Doe 11 are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That defendant John Doe 11 is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated April 17, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge