IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-00409-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff

vs.

JOHN DOES 1-27,

    Defendants.

---

**ENTRY OF APPEARANCE FOR DEFENDANT JOHN DOE 9**

---

Carolyn S. Lindvig of the law firm of GODIN & BAITY, LLC hereby enters her appearance on behalf of Defendant John Doe 9 along with Daniel J. Bristol of the law firm of GODIN & BAITY, LLC.

Dated this 7th day of May 2012.

    Respectfully submitted,

    GODIN & BAITY, LLC

    By  *s/Carolyn S. Lindvig*
        Carolyn S. Lindvig
        Daniel J. Bristol
        Attorneys for Defendant John Doe 9
        GODIN & BAITY, LLC
        621 Seventeenth Street, Suite 1900
        Denver, CO  80293
        303-572-3100
        Fax: 303-572-3400
        clindvig@godinbaity.com
        dbristol@godinbaity.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jason Kotzker
Kotzker Law Gorup
9609 South University Boulevard, #632134
Highlands Ranch, CO  80163

*/s/*
_____
Diane T. Lee