**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**STATUS REPORT**

**1:12-cv-00399-DME-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-4, 6-9, 11, 13-16,

      Defendants.

      Plaintiff has obtained the identities of eleven Defendants. Comcast was unable to identify John Doe 4 based on the information provided, and has requested additional time to produce the information for John Doe 2. Plaintiff has reached confidential settlement agreements with three of the Doe Defendants and has dismissed them from the action. There are currently no motions pending before this Court.

**1:12-cv-00397-WJM-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-29,

      Defendants.

      Plaintiff has served subpoenas on Comcast Communication and Qwest Communications, but has yet to receive any response. The deadline for the ISPs to respond is today, May 4, 2012. There are currently no motions pending before this Court and no Defendants have been dismissed.

**1:12-cv-00402-WYD-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 3, 5, 6-7, 10-11, 14-16, 19, 28,

1

Defendants.

Plaintiff has obtained the identities of twenty-four Defendants. Comcast was unable to identify John Doe 6 based on the information provided. Plaintiff has reached confidential settlement agreements with nine of the Defendants and has dismissed them accordingly. Additionally, Plaintiff has dismissed John Does 2, 8, 12, 21, 23-27, and 30 from the action. There are currently no motions pending before this Court.

**1:12-cv-00405-MSK-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,
v.

JOHN DOES 1-3, 6, 9-10,

    Defendants.

Plaintiff has obtained the identities of eight Defendants. Plaintiff has reached confidential settlement agreements with two of the Defendants and has dismissed them accordingly. Additionally, Plaintiff has dismissed John Does 7 and 8 from the action. There are currently no motions pending before this Court.

**1:12-cv-00404-PAB-MEH**
PATRICK COLLINS, INC.,

    Plaintiff,
v.

JOHN DOES 2-4, 6, 8, 10-11,

    Defendants.

In response to the subpoenas issued to Comcast Communications and Qwest Communications, Plaintiff has obtained the identities of eight Defendants. Plaintiff has reached confidential settlement agreements with six of the Defendants and has dismissed, or is in the process of dismissing them, from the action. There are currently no motions pending before this Court.

**1:12-cv-00406-REB-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1, 3-11, 13-16, 18-20, 22-27,

    Defendants.

Plaintiff has issued a subpoena to Comcast Communications to obtain the identities of the Defendants, but Comcast refuses to produce any information due to the Motions to Quash pending before the Court [Dkt. # 15 and 16]. Plaintiff has reached confidential settlement agreements with seven of the Defendants and has dismissed, or is in the process of dismissing them, from the action.

---

**1:12-cv-00408-PAB-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-5, 7-9, 11-14,

    Defendants.

Plaintiff has issued a subpoena to Qwest Communications to obtain the identities of the Defendants, but has not yet received a response. The deadline for Qwest to respond to the subpoena is Monday, May 7, 2012. Plaintiff has reached confidential settlement agreements with three of the Defendants and has dismissed them accordingly.

---

**1:12-cv-00407-CMA-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-3, 5-9, 11-15, 18,

    Defendants.

Plaintiff has issued a subpoena to Comcast Communications to obtain the identities of the Defendants, but Comcast refuses to produce any information due to the Motions to Quash pending before the Court [Dkt. # 12, 13 and 20]. Plaintiff has reached confidential settlement agreements with seven of the Defendants and has dismissed, or is in the process of dismissing them, from the action.

**1:12-cv-00409-REB-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-10, 12-27,

      Defendants.

      Plaintiff has issued subpoenas to Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the ISPs to respond to the subpoenas is today, May 4, 2012. Plaintiff has reached confidential settlement agreements with five of the Defendants and has dismissed, or is in the process of dismissing them, from the action.

---

**1:12-cv-00834-DME-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-28,

      Defendants.

      Plaintiff has issued subpoenas to Baja Communications, Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the ISPs to respond to the subpoenas is May 28, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

---

**1:12-cv-00835-REB-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-21,

      Defendants.

Plaintiff has filed its Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference, which is currently pending before the Court. Until it is granted leave from the Court to serve the subpoenas, Plaintiff cannot proceed with the case.

**1:12-cv-00836-MSK-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-23,

    Defendants.

Plaintiff has issued a subpoena to Comcast Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for Comcast to respond is May 22, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

**1:12-cv-00837-PAB-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-21,

    Defendants.

Plaintiff has issued a subpoena to Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the Qwest to respond is May 22, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

**1:12-cv-00839-PAB-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-17,

    Defendants.

Plaintiff has issued subpoenas to Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the ISPs to respond is May 26, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

**1:12-cv-00840-PAB-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-16,

    Defendants.

Plaintiff has issued subpoenas to Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the ISPs to respond is June 18, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

**1:12-cv-00843-MSK-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-11,

    Defendants.

Plaintiff has filed its Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference, which is currently pending before the Court. Until it is granted leave from the Court to serve the subpoenas, Plaintiff cannot proceed with the case.

**1:12-cv-00845-MSK-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-6,

    Defendants.

Plaintiff has issued subpoenas to Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the ISPs to respond is May 26, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

---

**1:12-cv-00846-WYD-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,
v.

JOHN DOES 1-9,

    Defendants.

Plaintiff has issued subpoenas to Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the ISPs to respond is May 26, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

---

**1:12-cv-00848-REB-MEH**
PATRICK COLLINS, INC.,

    Plaintiff,
v.

JOHN DOES 1-12,

    Defendants.

Plaintiff has issued a subpoena to Comcast Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for Comcast to respond is June 18, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

---

**1:12-cv-00908-MSK-MEH**
RAW FILMS, LTD.,

    Plaintiff,
v.

JOHN DOES 1-9,

Defendants.

Plaintiff has issued subpoenas to Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the ISPs to respond is June 14, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

---

**1:12-cv-00909-REB-MEH**
RAW FILMS, LTD.,

    Plaintiff,

v.

JOHN DOES 1-9,

    Defendants.

Plaintiff has filed its Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference ("Motion"), which is currently pending before the Court. Until it is granted leave from the Court to serve the subpoenas, Plaintiff cannot proceed with the case.

---

**1:12-cv-00910-PAB-MEH**
RAW FILMS, LTD.,

    Plaintiff,

v.

JOHN DOES 1-9,

    Defendants.

Plaintiff has issued subpoenas to Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the ISPs to respond is May 28, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

                Respectfully submitted,

                By: /s/*Jason Kotzker*
                Jason Kotzker
                jason@klgip.com
                KOTZKER LAW GROUP
                9609 S. University Blvd. #634132
                Highlands Ranch, CO 80163
                Phone: 303-875-5386
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 7, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ *Jason Kotzker*