**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-10, and 12-27,

    Defendants.

**ORDER OF DISMISSAL AS TO JOHN DOES 1, 10 AND 25, ONLY**

**Blackburn, J.**

The matter is before me on **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Does 1, 10 and 25 Only** [#35][1] filed May 9, 2012. After reviewing the notice and the file, I conclude that the notice should be approved and plaintiff's claims against defendants John Does 1, 10 and 25 should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Does 1, 10 and 25 Only** [#35] filed May 9, 2012, is **APPROVED**;

2. That plaintiff's claims against defendants John Does 1, 10 and 25 are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That defendants John Does 1, 10 and 25 are **DROPPED** as a named parties to this action, and the case caption is amended accordingly.

Dated May 9, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge