**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>JOHN DOES 2-7, 9, 11-24, 26-27,<br><br>                     Defendants. | Civil Action No. 1:12-cv-00409-REB-MEH |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOES 20 AND 22 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Does 20 and 22 ("Defendants"). Pursuant to the settlement agreements' terms, Plaintiff hereby voluntary dismisses Defendants from this action with prejudice. John Does 20 and 22 were assigned the IP Addresses 67.41.131.193 and 71.208.197.74. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 South University Boulevard
#632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker