IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-27,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 7, 2012.**

    In light of Plaintiff's Notice of Voluntary Dismissal of Doe 9 Only With Prejudice [docket #46], the Motion to Quash Subpoena and/or for Protective Order on Behalf of Defendant John Doe 9 [filed May 4, 2012; docket 29] and Defendant John Doe 9's Motion to Proceed Anonymously [filed May 4, 2012; docket #31] are **denied as moot**.