**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 2-4, 6-7, 9, 12-19, 21, 23-24, and 26-27,

    Defendants.

## ORDER OF DISMISSAL AS TO JOHN DOE 9 ONLY

**Blackburn, J.**

The matter is before me on **Plaintiff's Notice of Voluntary Dismissal of Doe 9 Only With Prejudice** [#46][1] filed June 6, 2012. After reviewing the notice and the file, I conclude that the notice should be approved and plaintiff's claims against defendant John Doe 9 should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of Voluntary Dismissal of Doe 9 Only With Prejudice** [#46] filed June 6, 2012, is **APPROVED**;

2. That plaintiff's claims against defendant John Doe 9 are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendants John Doe 9 is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated June 8, 2012, at Denver, Colorado.

                                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge