## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 2-4, 6-7, 9, 12-19, 21, 23-24, and 26-27,

      Defendants.

---

### ORDER OF DISMISSAL AS TO JOHN DOE 9 ONLY

---

**Blackburn, J.**

    The matter is before me on **Plaintiff's Notice of Voluntary Dismissal of Doe 9 Only With Prejudice** [#46][1] filed June 6, 2012.  After reviewing the notice and the file, I conclude that the notice should be approved and plaintiff's claims against defendant John Doe 9 should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That **Plaintiff's Notice of Voluntary Dismissal of Doe 9 Only With Prejudice** [#46] filed June 6, 2012, is **APPROVED**;

    2.  That plaintiff's claims against defendant John Doe 9 are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That defendants John Doe 9 is **DROPPED** as a named party to this action,

and the case caption is amended accordingly.

Dated June 8, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge