**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 2-4, 6-7, 12-19, 21, 23-24, and 26-27,

    Defendants.

## ORDER OF DISMISSAL AS TO JOHN DOE 5, ONLY

**Blackburn, J.**

The matter is before me on **Plaintiff's Amended Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 5 Only** [#50][1] filed June 13, 2012.  After reviewing the notice and the file, I conclude that the amended notice should be approved and plaintiff's claims against defendant John Doe 5 should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Amended Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 5 Only** [#50] filed June 13, 2012, is **APPROVED**; and

2. That plaintiff's claims against defendant John Doe 5 are **DISMISSED WITH PREJUDICE**.

Dated June 13, 2012, at Denver, Colorado.

                                        **BY THE COURT:**

                                        Robert E. Blackburn
                                        United States District Judge

---

[1] "[#50]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.