**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 2-4, 6-7, 12-19, 21, 23, 26 AND 27,<br><br>Defendants. | Civil Action No. 1:12-cv-00409-REB-MEH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 2, 3, 4, 6, 12, 13, 14, 15, 16, 17, 18, 19, 21, 23, 24, 26 AND 27 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses without prejudice John Does 2, 3, 4, 6, 12, 13, 14, 15, 16, 17, 18, 19, 21, 23, 24, 26 and 27 from this case ("Defendants"), who were assigned the IP addresses 174.51.100.213, 24.8.150.198, 67.164.224.141, 67.174.107.153, 71.56.245.190, 75.71.130.113, 76.120.30.174, 76.25.151.153, 76.25.207.22, 174.29.22.174, 63.225.246.236, 65.101.221.196, 70.58.191.81, 71.211.203.67, 71.33.147.135, 97.118.60.113 and 97.122.115.68. Plaintiff recently received the names and identifying information of many of the Defendants in this case and is unable to coordinate service of process to properly serve the Defendants by the Rule 4(m) deadline. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve against each Doe Defendant it deems necessary.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 South University Boulevard
#632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker