**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

Plaintiff,

v.

JOHN DOES 2-4, 6-7, 12-19, 21, 23-24, and 26-27,

Defendants.

---

## ORDER OF DISMISSAL AS TO CERTAIN JOHNS

---

**Blackburn, J.**

The matter is before me on **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 2, 3, 4, 6, 12, 13, 14, 15, 16, 17, 18, 19, 21, 23, 24, 26 and 27Only** [#52][1] filed June 14, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and plaintiff's claim against defendants John Does 2, 3, 4, 6, 12, 13, 14, 15, 16, 17, 18, 19, 21, 23, 24, 26 and 27 should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 2, 3, 4, 6, 12, 13, 14, 15, 16, 17, 18, 19, 21, 23, 24, 26 and 27Only** [#52] filed June 14, 2012, is **APPROVED**;

---

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That plaintiff's claims against defendants John Does 2, 3, 4, 6, 12, 13, 14, 15, 16, 17, 18, 19, 21, 23, 24, 26 and 27 are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendants John Does 2, 3, 4, 6, 12, 13, 14, 15, 16, 17, 18, 19, 21, 23, 24, 26 and 27 are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated June 18, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge