**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE 7,

    Defendant.

## ORDER OF DISMISSAL AS TO JOHN DOE 26, ONLY

**Blackburn, J.**

    The matter is before me on **Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe 26** [#58][1] filed June 15, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and plaintiff's claims against defendant John Doe 26 should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe 26 Only** [#58] filed June 15, 2012, is **APPROVED**; and

    2. That plaintiff's claims against defendant John Doe 26 are **DISMISSED WITH PREJUDICE**.

    Dated June 18, 2012, at Denver, Colorado.

                                                      **BY THE COURT:**

                                                      Robert E. Blackburn
                                                      United States District Judge

---

[1] "[#58]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.