IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-00409-REB-MEH | Date:   June 22, 2012 |
| Courtroom Deputy:    Monique Wiles | **FTR – Courtroom A501** |

| | |
|---|---|
| MALIBU MEDIA, LLC, | Jason Kotzker |
| Plaintiff, | |
| vs. | |
| JOHN DOES 1-27, | John Arsenault |
| | (For John Doe 7 only) |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session: 10:16 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Defendant (Doc. #53, filed 6/14/2012).

**ORDERED:**   For reasons stated on the record, Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Defendant (Doc. #53, filed 6/14/2012) is **GRANTED IN PART.**

**ORDERED:**   For reasons stated on the record, Defendant Doe 7's Motion for Leave to Proceed Anonymously is (Doc. #55,  filed 6/15/2012) is **GRANTED.**

**ORDERED:**   Scheduling Conference set for **July 24, 2012 at 9:45 a.m.**  Oral Argument on Defendant Doe 7's Motion to Quash the Subpoena (Doc. #56, filed 6/15/2012) is also set for this day.

**Court in recess: 10:24 a.m.    Hearing concluded.**
**Total time in court:**  8 minutes