IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-00409-REB-MEH | Date:   August 15, 2012 |
| Courtroom Deputy:    Cathy Coomes | FTR – Courtroom A501 |

MALIBU MEDIA, LLC,                       Jason Kotzker

    Plaintiff,

v.

JOHN DOES 1-27 and                    (No appearance)
JOHN DOE 7,                           John Arsenault

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in session:**     9:47 a.m.

Court calls case.  Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**TRIAL:**
A trial to a jury is set for **May 20, 2013, at 8:30 a.m.**; estimated length of trial is three (3) days.

Trial Preparation Conference and Final Pretrial Conference are set for **May 3, 2013, at 2:30 p.m.** before Judge Robert E. Blackburn.

**Court in recess:**     9:52 a.m.     **(Hearing concluded)**
**Total time in Court: 0:05**