IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-00409-REB-MEH | Date:   August 15, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

MALIBU MEDIA, LLC,                                                             Jason Kotzker

      Plaintiff,

vs.

JOHN DOES 1-27,
JOHN DOE 7,                                                                          John Arsenault

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     **10:04 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendant Doe #7's Motion to Quash Subpoena (Doc. #56, filed 6/15/12).

10:38 a.m.     Off the record discussion.
10:49 a.m.     On the record.

**ORDERED:**  For reasons stated on the record, Defendant Doe #7's Motion to Quash Subpoena (Doc. #56, filed 6/15/12) is DENIED.

**Court in recess:**     **10:51 a.m.  (Hearing concluded)**
**Total time in court:**  0:36