**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE 7,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Defendant's Response To Plaintiff's Motion To Dismiss Defendant/Counter-Plaintiff's Counterclaims** [#79][2] filed September 24, 2012. The response is **STRICKEN** for failure to comply with REB Civ. Practice Standard IV.B.1.

    Dated: September 25, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#79]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.