IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12–cv–00409-REB-MEH

MALIBU MEDIA, LLC.

    Plaintiff,

v.

John Doe #7,

    Defendants.

---

**JOINT MOTION FOR SETTLEMENT CONFERENCE**

---

Plaintiff Malibu Media, L.L.C. and John Doe #7, by and through their undersigned counsel submits this Joint Motion for Settlement Conference pursuant to Dist. Colo. L.R. 16.6:

1. Plaintiff and Defendant believe that engaging in an early neutral evaluation and settlement conference conducted by the Magistrate Judge would be helpful in resolving the issue of damages.

    a. All parties are interested in a swift resolution of the present lawsuit and the parties agree that there are not many issues to contest at this time.

    b. The parties have been able to quickly and efficiently resolve matters independently and with the help of the Court.

2. Because the benefit of a judicial settlement conference is the prevention of additional expenditures of monies and resources associated with trial preparation, as well as in the interest of judicial economy, the Parties request that the

conference occur as soon as practically possible and that the Court take such other and further action as it deems just and proper.

**DATED**: October 25, 2012

Respectfully Submitted,

Plaintiff Malibu Media, L.L.C.
By its Attorney(s):

_____
JASON KOTZKER
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
(303) 875-5386
*Attorney for Plaintiff*


Defendant John Doe #7.
By its Attorney(s):

_____
John A. Arsenault
Wessels & Arsenault, L.L.C.
1333 W. 120th Ave. Suite 302
Westminster, CO 80234
(303) 459-7898
*Attorney for Defendant Doe #7*


# CERTIFICATE OF SERVICE

    I hereby certify that on October 25, 2012, a true and correct copy of the foregoing **JOINT MOTION FOR SETTLEMENT CONFERENCE** was sent via email and/or first-class mail postage pre-paid to the following:

JASON KOTZKER
KOTZKER LAW GROUP
10268 Royal Eagle Street
Highlands Ranch, CO 80129

**DATED**: October 25, 2012

By: _____
John A. Arsenault (CO Bar #41327)

WESSELS & ARSENAULT, L.L.C.
1333 W. 120th Ave. Suite 302
Westminster, CO 80234
Telephone: 303-459-7898
Facsimile: 888-317-8582
john.arsenault@frontrangelegalservices.com
*Attorney for Defendant Doe #7*