IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12–cv–00409-REB-MEH

MALIBU MEDIA, LLC.

    Plaintiff,

v.

John Doe #7,

    Defendant.

**ORDER**

    Upon consideration of Plaintiff Malibu Media, L.L.C. and Defendant John Doe #7's Joint Motion for settlement conference, and any opposition thereto, it is hereby ORDERED THAT: this Court will schedule a settlement conference no later than forty-five (45) days from the date of granting this motion.

DATED: ____ day of _____, 201__

    By: _____