IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-27,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 15, 2012.**

    Defendant John Doe #7's Unopposed Motion for Leave to Appear Telephonically or Via Video Conference for Settlement Conference Set for November 20, 2012 – 10:00 a.m.[filed November 12, 2012; docket #89] is **granted**. Counsel for Defendant shall ensure that Doe #7 is available by telephone throughout the entirety of the Settlement Conference. As a cautionary note, however, if the lack of physical presence of such a person becomes a hindrance to the progress of settlement negotiations at the conference, the conference may be recessed and re-convened at a time when the person(s) can be present, and costs of the recessed conference may be assessed against the Doe #7.