IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE 7,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2012.**

    This matter comes before the Court *sua sponte*. In light of the settlement agreement reached by Plaintiff and Defendant Doe #7 [*see* dockets ##88, 95], Plaintiff's Motion to Strike Affirmative Defenses [filed September 9, 2012; docket #76] and Plaintiff's Motion to Dismiss Defendant/Counter-Plaintiff's Counterclaim [Dkt. 75] [filed September 9, 2012; docket #77] are **denied as moot**. The parties shall file dismissal documents on or before **December 17, 2012**.[1]

---

[1] The December 15, 2012 deadline provided in the Court's Minute Entry for Settlement is hereby corrected.