# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE 7,

    Defendant.

_____/

## STIPULATION FOR DISMISSAL OF CLAIMS WITH PREJUDICE

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC, and Defendant, John Doe 7, pursuant to Fed. R. Civ. P. 41(a)(1) and 41(c)(1), hereby stipulate to the entry of an order dismissing Plaintiff's Complaint against Defendant John Doe 7, and Defendants' Counterclaim against Plaintiff, <u>with prejudice</u>.  Each party shall pay its own fees and costs.

Consistent herewith, the parties consent to the Court having its case closed for administrative purposes.

Dated: December 5, 2012

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Jason Kotzker* | By: /s/ *John Arsenault* |
| Jason Kotzker, Esq. | John A. Arsenault, Esq. |
| jason@klgip.com | john.arsenault@frontrangelegalservices.com |
| KOTZKER LAW GROUP | WESSELS & ARSENAULT, L.L.C. |
| 9609 S. University Blvd. #632134 | 1333 W. 120th Ave. Suite 302 |
| Highlands Ranch, CO 80163 | Westminster, CO 80234 |
| Phone: 303-875-5386 | Telephone: 303-459-7898 |
| *Attorney for Plaintiff* | *Attorney for Defendant Doe #7* |

1

**ORDER ON STIPULATION FOR DISMISSAL OF CLAIMS WITH PREJUDICE**

THIS CAUSE came before the Court upon the Parties' Stipulation of Dismissal of Claims With Prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Complaint and Defendant's Counterclaim are hereby dismissed with prejudice. Each party shall pay its own fees and costs.

SO ORDERED this ___ day of _____, 2012.


By: _____
    **UNITED STATES MAGISTRATE JUDGE**