### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 12-cv-00409-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE 7,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal of Claims With Prejudice** [#97][1] filed December 5, 2012.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this case should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal of Claims With Prejudice** [#97] filed December 5, 2012, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for May 3, 2013, are **VACATED**;

3. That the jury trial set to commence May 20, 2013, is **VACATED**; and

---

[1] "[#97]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 5, 2012, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge